UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES PLASCENCIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | No. 1:21-cv-00624-DAD-HBK<br><br>ORDER GIVING EFFECT TO PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. No. 18) |

　　　　On February 7, 2022, the parties filed a stipulation agreeing to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 18.)[1] The parties agree that on remand, the Office of Hearing Operations will remand the case to an administrative law judge for a new decision and instruct the administrative law judge to further evaluate whether plaintiff can perform his past relevant work or other jobs that exist in significant numbers in the economy. (*Id.*)

　　　　Good cause appearing, and pursuant to the parties' stipulation, this case is hereby remanded to the Commissioner of Social Security for further proceedings consistent with the

---

[1] The court apologizes for the delay in the docketing of this order. The undersigned issued an order directing the remand of this action on February 8, 2022, but the court has learned that order was mistakenly not entered on the docket in this case.

1

terms of the parties' stipulation.  The Clerk of the Court is directed to enter final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner.

        The Clerk of the Court is also directed to terminate the pending motion for summary judgment (Doc. No. 17) filed on behalf of plaintiff on January 7, 2022.

IT IS SO ORDERED.

Dated:  **April 5, 2022**

                                      UNITED STATES DISTRICT JUDGE